THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

U. S. DISTRICT COURT CIVIL LAWSUIT NUMBER 2:05cv1140-F

RECEIVED 2005 DEC -1 A 11:48

COMPLAINT IN PARAGRAPH ONE

MS. JOYCE MARIE POWE, A.S., PLAINTIFF    (TELEPHONE: (251) 591-9086)

   MAILING ADDRESS: POST OFFICE BOX 2443

                 MOBILE, ALABAMA 36652-2443

                 VERSUS

UNITED STATES DEPARTMENT OF DEFENSE, DEFENDANT

   ATTN.: MR. DONALD H. RUMSFELD, SECRETARY

   1000 DEFENSE PENTAGON

   WASHINGTON, D. C. 20301

ONE. COMPLAINT. The United States of America, Department of Defense, Defendant has not paid monies to each United States Citizen regarding the U. S. Coast Guard, including Offices, Employees, etc., is not an United States Department of Defense Division, Department, etc. (Plaintiff owned an Oral Argument Ruling (PARAGRAPH NINE), within which, Plaintiff repetitively stated of each U. S. Citizens' payments due).

TWO. MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S STATEMENT REGARDING PURPOSE OF LAWSUIT. I, Ms. Joyce Marie Powe, A.S., Plaintiff, Filed this lawsuit to aid the United States of America Governments regarding correction of errors, termination of crimes, etc.

THREE. MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S STATEMENT REGARDING OWNERSHIP OF ASSOCIATE DEGREE: SCIENCE. I, Ms. Joyce Marie Powe, A.S., Plaintiff, earned a Criminal Justice Associate Degree: Science, in May 2003.

PAGE ONE

FOUR.  THE STATE OF ALABAMA GOVERNMENT IS IMMUNE FROM LAWSUIT.

Although illegal, the United States of America's State of Alabama Government is immune from lawsuit (pursuant to: the United States of America's State of Alabama's: Alabama Constitution of 1875: Article I, Section 15, Alabama Constitution of 1901 (through Amendment 51): Article I, Section 14).

FIVE.  INCLUSION OF DEATH PENALTY PROVISION IN LAWSUIT.  IF APPLICABLE: Public Law: 104-132: The Antiterrorism and Effective Death Penalty Act of 1996.

SIX.  MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S STATEMENT REGARDING PAST LAWSUIT: COAST GUARD RECRUITING STATION WAS A DEFENDANT.  I, Ms. Joyce Marie Powe, A.S., Plaintiff, Filed an State of Alabama, Montgomery, Alabama, Circuit Court Civil Lawsuit (Joyce Marie Powe versus State of Alabama and U. S. Coast Guard Recruiting Station), Case Number: 99-000444, within which, the U. S. Coast Guard was a Defendant.

SEVEN.  MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S STATEMENT REGARDING PAST LAWSUIT: DEPARTMENT OF TRANSPORTATION WERE DEFENDANT.  I, Ms. Joyce Marie Powe, A.S., Plaintiff, Filed an U. S. District Court, Middle District of Alabama, Montgomery, Alabama, Civil Lawsuit (Joyce Marie Powe versus Department of Transportation), Case Number: 01-D-566-N, within which, the Department of Transportation was Defendant.

EIGHT.  MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S STATEMENT REGARDING PAST LAWSUIT: DEPARTMENT OF NAVY WERE DEFENDANT.  I, Ms. Joyce Marie Powe, A.S., Plaintiff, Filed an U. S. District Court, Middle District of Alabama, Montgomery, Alabama, Civil Lawsuit (Joyce Marie Powe versus Department of Navy), Case Number: 03-F-796-N, within which, the Department of Navy were Defendant.

NINE. MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S STATEMENT REGARDING OWNERSHIP OF ORAL ARGUMENT RULING.  On June 19, 2001, in U. S. District Court, Middle District of Alabama, Montgomery, Alabama, Civil Lawsuit Case Number 01-D-566-N, I, Ms. Joyce Marie Powe, A.S., Plaintiff, owned the Oral Argument (Defendant's Attorney(s) Motioned for More

Definite Statement) Ruling, within which, Myself as Plaintiff, repetitively stated of each U. S. Citizen were due payments.

TEN.  MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S SUING (DEMAND) MOTION REGARDING COMPLAINT (PARAGRAPH ONE).  Because I, Ms. Joyce Marie Powe, A.S., Plaintiff, Filed this United States District Court, Middle District of Alabama, Montgomery, Alabama, Civil Lawsuit Number _____ (COMPLAINT IN PARAGRAPH ONE), Because the U. S. Coast Guard, including Offices, Employees, etc., is not an U. S. Department of Defense Division, Department, etc., Because I, Ms. Joyce Marie Powe, A.S., Plaintiff, owned an Oral Argument Ruling in U. S. District Court, Middle District of Alabama, Montgomery, Alabama, Civil Lawsuit Number 01-D-566-N, within which, Plaintiff repetitively stated of each U. S. Citizen due payments, I, Ms. Joyce Marie Powe, A.S., Plaintiff, Motion requesting a suing (demand) payment not exceeding $10,000.00 (pursuant to: U. S. Code, Title 28, Section 1346 (a) (2)), paid to each U. S. Adult Citizen aged 19 years or above 19 years old (Social Security defines a child as an individual under 19 years of age in U. S. Code, Title 42, Section 1397 (c)), United States Citizenship verified by the United States Federal Government's Department of State.

ELEVEN.  MY, MS. JOYCE MARIE POWE, A.S., PLAINTIFF'S LAWSUIT SIGNATURE.  I, Ms. Joyce Marie Powe, A.S., Plaintiff, Filed this United States District Court, Middle District of Alabama, Montgomery, Alabama, Civil Lawsuit Number _____ on this day of December 01, 2005. SIGNED: *Joyce Marie Powe*, A.S., Plaintiff.

PAGE THREE

*Requested By Clerk's Office:*
*P.O. Box 2443*
*Mobile, Alabama 36652-2443*
*(251) 591-9086*