AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Joyce Marie Powe, A.S., Plaintiff
P.O. Box 2443
Mobile, Alabama 36652-2443

v.

U.S. Dept. of Defense
Attn.: Mr. Donald Rumsfeld, Secretary
1000 Defense Pentagon
Washington, D.C. 20301

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1140-F

TO: (Name and address of Defendant)

U.S. Dept. of Defense
Attn.: Mr. Donald Rumsfeld, Secretary
1000 Defense Pentagon
Washington, D.C. 20301

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Representing Self (name and address)

Joyce Marie Powe, A.S.
P.O. Box 2443
Mobile, Alabama 36652-2443

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     12/5/05
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Joyce Marie Powe, A.S., Plaintiff
P.O. Box 2443
Mobile, Alabama 36652-2443

**SUMMONS IN A CIVIL ACTION**

V.

U.S. Dept. of Defense
Attn.: Mr. Donald Rumsfeld, Secretary
1000 Defense Pentagon
Washington, D.C. 20301

CASE NUMBER: 2:05CV1140-T

TO: (Name and address of Defendant)

United States Attorney Office
Attn.: Ms. Laura Canary, U.S. Attorney
1 Court Sq, Ste 201
Montgomery, Alabama

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Representing Self (name and address)

Joyce Marie Powe, A.S.
P.O. Box 2443
Mobile, Alabama 36652-2443

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    12/5/05
CLERK                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Joyce Marie Powe
V.

U. S. Department of Defense
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:05cv1140-F

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States
U. S. Department of Justice
10th and Constitutional Avenue
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joyce Marie Powe
Post Office Box 2443
Mobile, AL 36652-2443

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    12/5/05
CLERK                                 DATE

(By) DEPUTY CLERK