IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE MARIE POWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1140-F |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF DEFENSE, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1),  this case is referred

to Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any

orders or recommendations as may be appropriate.

DONE this 13th day of December, 2005.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE