**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Dept. of Defense
   Attn: Mr. Donald Rumsfeld, Secretary
   1000 Defense Pentagon
   Washington, D.C. 20301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 12-13-0

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1140
   S&C

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7005 0390 0001 0085 9304

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540