## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

RE:     Joyce Marie Powe v. United States Dept of Defense
          Civil Action No. 2:05cv01140-MEF

The above-styled case has been reassigned to District Judge W. Keith Watkins.

Please  note that the case number is now 2:05cv01140-WKW.   This new case
number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk