**IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JOYCE MARIE POWE, A.S., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **03: 05-cv-1140-WKW** |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| | ) |
| Defendant. | ) |

**LIST OF EXHIBITS TO DEFENDANT'S MOTION TO DISMISS**

Defendant's Exhibit 1     Complaint, <u>Joyce Marie Powe v. United States Department of Transportation</u>, USDC # 01-D-566-N (Doc. 1);

Defendant's Exhibit 2     Complaint, <u>Joyce Marie Powe, A.S. v. United States Department of the Navy</u>, USDC # 03-F-796-N (Doc. 1);

Defendant's Exhibit 3     Order, USDC # 01-D-566-N (Doc.19);

Defendant's Exhibit 4     Final Judgment, USDC # 03-F-796-N (Doc. 10);

Defendant's Exhibit 5     Recommendation of the Magistrate Judge, USDC # 01-D-566-N (Doc.17);

Defendant's Exhibit 6     Recommendation of the Magistrate Judge, USDC # 03-F-796-N (Doc. 7).