FILED IN: U. S. DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

FILED PURSUANT TO: (U. S. CODE, TITLE 28, SECTION 1346 (a) (2),

U. S. CODE, TITLE 28, SECTION 2402,

U. S. CODE, TITLE 28, SECTION 2401 (a))

FILED MAY 8 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

C. A. # 01-D-566-N

THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

U. S. DISTRICT COURT CIVIL LAWSUIT NO. _____

COMPLAINT IN PARAGRAPH THREE

MS. JOYCE MARIE POWE, PLAINTIFF

(MAILING ADDRESS: POST OFFICE BOX 2443

MOBILE, ALABAMA 36652-2443

HOME ADDRESS: 2056 GOSSON STREET

MOBILE, ALABAMA 36604)

VERSUS

THE UNITED STATES OF AMERICA, DEPARTMENT OF TRANSPORTATION(REGARDING COAST GUARD), DEFENDANT

(ADDRESS: (ATTN.: MR. NORMAN MINETA, SECRETARY OF THE DEPARTMENT

OF TRANSPORTATION

400 7TH STREET SW

WASHINGTON, D. C.)

C/O COAST GUARD RECRUITING STATION

400 EASTERN BLVD.

MONTGOMERY, ALABAMA 36117)

PAGE ONE

DEFENDANT'S EXHIBIT
CASE NO. 05-cv-1140-WKW
EXHIBIT NO. 1

ONE. THE STATE OF ALABAMA GOVERNMENT IS IMMUNE FROM LAWSUIT. The United States Of America's State Of Alabama Government Is Illegal Owning Charges, Crimes, Illegalitities, Violations Regarding COMPLAINT(PARAGRAPH THREE). The State Of Alabama Government Is Immune From Lawsuit Regarding Ownership Of Charges, Crimes, Illegalities, Violations As Defendant: Pursuant To: The United States Of America's State Of Alabama's: Alabama Constitution Of 1875: Article I, Section 15, Alabama Constitution Of 1901(Through Amendment 51): Article I, Section 14.

TWO. THE STATE OF ALABAMA GOVERNMENT'S OWNERSHIP OF FEDERAL STATUTE REGARDING: DEATH PENALTY PROVISION. Although The State Of Alabama Government Is Immune From Lawsuit As An Defendant, The State Of Alabama Government May Own Within This Trial(U. S. District Court Civil Lawsuit No. _____): IF APPLICABLE: The Antiterrorism And Effective Death Penalty Act Of 1996(104 P. L. 132): Death Penalty Provision.

THREE. COMPLAINT. The United States Of America's Coast Guard, Including Offices, Employees, Etc., Is Not Within An Military Department, Is Not An Department Of Defense Division, Office, Etc..

FOUR. MY, MS. JOYCE MARIE POWE, PLAINTIFF'S STATEMENT REGARDING PAST LAWSUIT: COAST GUARD WERE AN DEFENDANT. I, Ms. Joyce Marie Powe, Plaintiff, Filed An Montgomery, Alabama State Circuit Court Lawsuit(Joyce Marie Powe Versus State Of Alabama And U. S. Coast Guard Recruiting Station, Montgomery, Alabama Circuit Court Case Number: 99-000444, Dismissed: March 08, 1999), Within Which, The Coast Guard Were An Defendant.

FIVE. FEDERAL STATUTE: TRIAL BY JURY NOT APPLICABLE REGARDING U. S. CODE, TITLE 28, SECTION 1346 (a) (2). Pursuant To: U. S. Code, Title 28, Section 2402: Trial By Jury Is Not Applicable Regarding My, Ms. Joyce Marie Powe, Plaintiff's Trial(U. S. District Court Civil Lawsuit No. _____), Of Which, U. S. Code, Title 28, Section 1346 (a) (2) Is Included In Trial(U. S. District Court Civil Lawsuit No. _____).

SIX. FEDERAL STATUTE: TIME FOR COMMENCING ACTION AGAINST THE UNITED STATES. Pursuant To: U. S. Code, Title 28, Section 2401 (a): Time For Commencing Action Against The United States, This Federal Statute Is Included Within This Trial(U. S. District Court Civil Lawsuit No. _____), Regarding My, Ms. Joyce Marie Powe, Plaintiff's Dismissed Trial(Montgomery, Alabama State Circuit Court Lawsuit: Joyce Marie Powe Versus State Of Alabama And U. S. Coast Guard Recruiting Station, Montgomery,

Alabama State Circuit Court Lawsuit No. 99-000444, Dismissal Date: March 08, 1999).

SEVEN. THE DEPARTMENT OF TRANSPORTATION, DEFENDANT'S CHARGES, CRIMES, ILLEGALITIES, VIOLATIONS. Regarding COMPLAINT(PARAGRAPH THREE), The Department Of Transportation, Defendant's Charges, Crimes, Illegalities, Violations Are The Following: UNDER COLOR OF LAW:

SEVEN-1. IF APPLICABLE: The Antiterrorism And Effective Death Penalty Act Of 1996(104 P. L. 132) Death Penalty Provision,

SEVEN-2. Violation Of The United States Of America's Constitution's Amendment II Regarding Well-Regulated Militia: The Coast Guard Division, Offices, Employees, Etc., Is Within An Non-Military United States Department,

SEVEN-3. Violation Of The United States Of America's Constitution's Amendment XIV Regarding State Enforces Laws Which Abridge The Immunities Of Citizens Of The United States: The Coast Guard Division, Offices, Employees, Etc., Is Within An Non-Military United States Department,

SEVEN-4. Violation Of The United States Of America's State Of Alabama's: Alabama Constitution Of 1875, Alabama Constitution Of 1901(Through Amendment 51): Article I, Section 35 Regarding Government Non-Protection Of Citizens In The Enjoyment Of Life, Liberty And Property: The Coast Guard Division, Offices, Employees, Etc., Is Within An Non-Military United States Department,

SEVEN-5. Ownership Of Sedition(U. S. Code, Title 18, Section 2385) Illegalities: Abetted The Duty(Coast Guard Division) Of Destroying The Government Of The United States By Force: The Coast Guard Division, Offices, Employees, Etc., Is Within An Non-Military United States Department,

SEVEN-6. U. S. Code, Title 42, Section 1983 Violations: a. Deprivation Of Privilege(Coast Guard Division Within An United States Military Department), b. Deprivation Of Immunity(Non-Ownership Of Coast Guard Division Within An Non-Military United States Department).

EIGHT. MY, MS. JOYCE MARIE POWE, PLAINTIFF'S SUING(DEMAND) REGARDING COMPLAINT (PARAGRAPH THREE). Because I, Ms. Joyce Marie Powe, Plaintiff, Filed This U. S. District Court, Middle District Of Alabama, Montgomery, Alabama, Civil Lawsuit No. _____, Charging The Department Of Transportation, Defendant, Because The Department Of Transportation, Defendant, Is Illegal Regarding COMPLAINT(PARAGRAPH THREE), Including Ownership Of Crimes SEVEN-1 Thru SEVEN-6 Of

PAGE THREE

Trial:U. S. District Court Civil Lawsuit No. _____, As Charged By Myself, Ms. Joyce Marie Powe, Plaintiff, <u>Because</u> The U. S. Coast Guard Were Formerly An United States Of America Department Of Defense Division, Office, Etc., I, MS. JOYCE MARIE POWE, PLAINTIFF, MOTION REQUESTING AN SUING(DEMAND) PAYMENT NOT EXCEEDING $10,000.00(PURSUANT TO: U. S. CODE, TITLE 28, SECTION 1346 (a) (2)), PAID TO MYSELF, MS. JOYCE MARIE POWE, PLAINTIFF, PAID BY THE DEPARTMENT OF TRANSPORTATION, DEFENDANT.

    <u>NINE.</u>  <u>FEDERAL BUREAU OF INVESTIGATION'S(F. B. I.) INVESTIGATION MOTION.</u>  <u>Because</u> The Department Of Transportation, Defendant, Is Illegal Regarding COMPLAINT(PARAGRAPH THREE), Including Ownership Of Crimes SEVEN-1 Thru SEVEN-6 Of This Trial(U. S. District Court Civil Lawsuit No. _____), As Charged By Myself, Ms. Joyce Marie Powe, Plaintiff, <u>Because</u> The Coast Guard Were Formerly An United States Department Of Defense Division, Office, Etc., <u>And Additionally</u> Within The Racketeer Influenced And Corrupt Organizations Act(R. I. C. O.)(U. S. Code, Title 18, Section 1968 (J)): Civil Investigative Demand:  I, MS. JOYCE MARIE POWE, PLAINTIFF, MOTION REQUESTING ISSUANCE OF AN WRIT OF MANDAMUS OR INJUNCTION: The United States Of America's Department Of Justice's Federal Bureau Of Investigation(F. B. I.), Court Order Addressed To: (The United States Of America, Department Of Justice, Federal Bureau Of Investigation(F. B. I.), Attn.: Mr. Thomas J. Pickard, Deputy Director Of The Federal Bureau Of Investigation(F. B. I.), 10th Street & Constitution Ave., Washington, D. C.), Will Initiate An Investigation Regarding COMPLAINT(PARAGRAPH THREE), Including The Department Of Transportation, Defendant's Ownership Of Crimes SEVEN-1 Thru SEVEN-6 Of This Trial(U. S. District Court Civil Lawsuit No. _____), As Charged By Myself, Ms. Joyce Marie Powe, Plaintiff, Interrogation Of All Individuals Will Include Polygraph Test, Interrogation Of All Individuals Will Realize Within Polygraph Testing.  One Copy Of The Federal Bureau Of Investigation's(F. B. I.) Findings, Reports, Etc. Will File/Submit Into Trial(U. S. District Court Civil Lawsuit No. _____) As DIRECT EVIDENCE EXHIBIT NUMBER ONE.  One Additional Copy Of The Federal Bureau Of Investigation's(F. B. I.) Findings, Reports, Etc. Will Deliver To: The United States Of America, Department Of Justice, Attn.: Mr. John Ashcroft, Department Of Justice Attorney General, 10th Street & Constitution Ave., Washington, D. C..

    <u>TEN.</u>  <u>U. S. COAST GUARD'S RETURN/TRANSFER TO THE DEPARTMENT OF DEFENSE MOTION.</u>

<u>Because</u> The United States Coast Guard, Offices, Employees, Etc., Formerly An United States Department Of

<u>PAGE FOUR</u>

Defense, Department Of Navy Division, Etc., Is Not An Department Of Defense Division, Office, Etc., <u>Because</u> The Department Of Transportation, Defendant, Is Illegal Regarding COMPLAINT(PARAGRAPH THREE), Including Ownership Of Crimes SEVEN-1 Thru SEVEN-6 Of This Trial(U. S. District Court Civil Lawsuit No. _____), As Charged By Myself, Ms. Joyce Marie Powe, Plaintiff, I, MS. JOYCE MARIE POWE, PLAINTIFF, MOTION REQUESTING ISSUANCE OF AN WRIT OF MANDAMUS OR INJUNCTION: The United States Of America's Coast Guard, Offices, Employees, Etc., Will <u>RETURN</u> To The United States Of America's Department Of Defense's Department Of Navy, <u>OR</u> The United States Of America's Coast Guard, Offices, Employees, Etc., Will <u>TRANSFER</u> To The United States Of America's Department Of Defense's: Department Of Army Or Department Of Air Force, REPEALING ALL United States Federal Government Laws, Rules, Regulations, Etc. Regarding The United States Coast Guard's, Offices, Employees, Etc., Transfer, Placement, Retention/Remaining Within The Department Of Transportation, REPEALING ALL State Of Alabama Government Laws, Rules, Regulations, Etc. Regarding The United States Coast Guard's, Offices, Employees, Etc., Transfer, Placement, Retention/Remaining Within The Department Of Transportation, REPEALING ALL Remaining United States States' Governments' Laws, Rules, Regulations, Etc. Regarding The United States Coast Guard's, Offices, Employees, Etc., Transfer, Placement, Retention/Remaining Within The Department Of Transportation, REPEALING ALL United States Territories' Governments' Laws, Rules, Regulations, Etc. Regarding The United States Coast Guard's, Offices, Employees, Etc., Transfer, Placement, Retention/Remaining Within The Department Of Transportation, REPEALING ALL Additional, If Any, United States Lands'(Provinces, Cities, Etc.) Governments' Laws, Rules, Regulations, Etc. Regarding The United States Coast Guard's, Offices, Employees, Etc., Transfer, Placement, Retention/Remaining Within The Department Of Transportation.

    <u>ELEVEN.  UNITED STATES GOVERNMENTS' OFFICIALS OFFICIAL NOTIFICATION OF THIS LAWSUIT MOTION.</u>  I, MS. JOYCE MARIE POWE, PLAINTIFF, MOTION REQUESTING ISSUANCE OF AN WRIT OF MANDAMUS OR INJUNCTION:  The United States Of America's Department Of Transportation, Defendant, Court Order Addressed To: (The United States Of America, Department Of Transportation, Attn.: Mr. Norman Mineta, Secretary Of The Department Of Transportation, 400 7th Street SW, Washington, D. C.), Will Forward/Mail To: Mr. George W. Bush, President Of The United States Of America, C/O The Department Of Justice, Attn.: Mr. John Ashcroft, Department Of Justice Attorney General, 10th Street & Constitution Ave., Washington, D. C., Mr. Richard B. Cheney, Vice President Of The United States Of America, C/O The Department

<u>PAGE FIVE</u>

Of Justice, Attn.: Mr. John Ashcroft, Department Of Justice Attorney General, 10th Street & Constitution Ave., Washington, D.C., And All Remaining United States Governments'(Federal Government, States' Governments', Etc.) Management: Officials, Employees, Etc., An Notice Or Letter, Stating Official Notification Of This Trial(U. S. District Court Civil Lawsuit No. _____), Notice Or Letter Will Include The Following Information: United States District Court Civil Lawsuit No. _____, Date This Lawsuit Were Filed And The United States District Court Civil Lawsuit No. _____ Ruling Regarding The United States Coast Guard's Return/Transfer To The Department Of Defense(PARAGRAPH TEN).

    <u>TWELVE.</u>  <u>DATE OF LAWSUIT FILING.</u>  I, Ms. Joyce Marie Powe, Plaintiff(Representing Self, Social Security Number: 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, State Of Alabama Driver's License Number: 6346126), Filed This U. S. District Court, Middle District Of Alabama, Montgomery, Alabama, Civil Lawsuit No. _____ On May 8, 2001. SIGNED: _____*Joyce Marie Powe*_____Plaintiff.

PAGE SIX