FILED
AUG 1 2003

RECEIVED
2003 AUG -1 P 12:12

THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

MONTGOMERY, ALABAMA

U. S. DISTRICT COURT CIVIL LAWSUIT NUMBER __03·F·796·N__

COMPLAINT IN PARAGRAPH ONE

MS. JOYCE MARIE POWE, A. S., PLAINTIFF

MAILING ADDRESS: POST OFFICE BOX 2443

MOBILE, ALABAMA 36652-2443

VERSUS

U. S. DEPARTMENT OF THE NAVY, DEFENDANT

ADDRESS: 2400 PRESIDENT'S DR.

MONTGOMERY, ALABAMA 36117-1617

ONE. COMPLAINT. The U. S. Department Of The Navy, Defendant, Has Not Paid Myself, Ms. Joyce Marie Powe, A. S. Plaintiff, Regarding The U. S. Coast Guard, Including Offices, Employees, Etc., Is Not An U. S. Department Of Defense Division, Office, Etc., (Plaintiff Owned An Oral Argument Ruling(PARAGRAPH SIX), Within Which, Plaintiff Repetitively Stated Of Plaintiff and Each U. S. Citizens' Payments Due).

TWO. MY, MS. JOYCE MARIE POWE, A. S., PLAINTIFF'S STATEMENT REGARDING PURPOSE OF LAWSUIT. I, Ms. Joyce Marie Powe, A. S., Plaintiff, Filed This Lawsuit To Aid The United States Of America's Governments Regarding Correction Of Errors, Termination Of Crimes, Etc..

THREE. THE STATE OF ALABAMA GOVERNMENT IS IMMUNE FROM LAWSUIT. Pursuant To: The United States Of America's State Of Alabama's: Alabama Constitution Of 1875: Article I, Section 15, Alabama Constitution Of 1901(Through Amendment 51): Article I, Section 14: The United States Of America's State Of Alabama Government Is Immune From Lawsuit.

FOUR. MY, MS. JOYCE MARIE POWE, A. S., PLAINTIFF'S STATEMENT REGARDING PAST LAWSUIT: COAST GUARD WERE A DEFENDANT. I, Ms. Joyce Marie Powe, A. S., Plaintiff, Filed A Montgomery, Alabama State Circuit Court Lawsuit(Joyce Marie Powe Versus State Of Alabama And U. S.

PAGE ONE



DEFENDANT'S EXHIBIT
CASE NO. 05-cv-1140-WKW
EXHIBIT NO. 2

Coast Guard Recruiting Station), Case Number: 99-000444, Dismissed: March 08, 1999), Within Which, The U. S. Coast Guard Were A Defendant.

FIVE. MY, MS. JOYCE MARIE POWE, A. S., PLAINTIFF'S STATEMENT REGARDING PAST LAWSUIT: DEPARTMENT OF TRANSPORTATION WERE DEFENDANT. I, Ms. Joyce Marie Powe, A. S., Plaintiff, Filed An U. S. District Court, Middle District Of Alabama, Montgomery, Alabama Civil Lawsuit (Joyce Marie Powe Versus Department Of Transportation, Case Number: 01-D-566-N, Dismissed: July 30, 2001), Within Which, The Department Of Transportation Were Defendant.

SIX. MY, MS. JOYCE MARIE POWE, A. S., PLAINTIFF'S STATEMENT REGARDING OWNERSHIP OF ORAL ARGUMENT RULING. On June 19, 2001, I, Ms. Joyce Marie Powe, A. S., Plaintiff, Owned Oral Argument(Defendant's Attorney(s) Motioned For More Definite Statement) Ruling In U. S. District Court, Middle District Of Alabama, Montgomery, Alabama Civil Lawsuit Number 01-D-566-N), Within Which, Plaintiff Repetitively Stated Of Myself And Each U. S. Citizen Were Due Payments.

SEVEN. MY, MS. JOYCE MARIE POWE, A. S., PLAINTIFF'S MOTION FOR OWNERSHIP OF RELIEF IN THE ALTERNATIVE. Because I, Ms. Joyce Marie Powe, A. S., Plaintiff, Filed This U. S. District Court, Middle District Of Alabama, Montgomery Alabama Civil Lawsuit Number 03-F-796-N, COMPLAINT In PARAGRAPH ONE, Because The U. S. Coast Guard, Including Offices, Employees, Etc., Is Not An U. S. Department Of Defense Division, Office, Etc., Because I, Ms. Joyce Marie Powe, A. S., Plaintiff, Owned An Oral Argument Ruling In U. S. District Court, Middle District Of Alabama, Montgomery, Alabama Civil Lawsuit Number 01-D-566-N, Within Which, Plaintiff Repetitively Stated Of Myself And Each U. S. Citizen Were Due Payments, I, MS. JOYCE MARIE POWE, A. S., PLAINTIFF, MOTION REQUESTING OWNERSHIP OF (PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE: RULE 8 (a))RELIEF IN THE ALTERNATIVE: U. S. NAVAL RESERVE ENLISTMENT: The U. S. Department Of The Navy, Defendant, Will Recruit/Enlist Into The U. S. Naval Reserve Ms. Joyce Marie Powe, A. S., Plaintiff, U. S. Naval Reserve Enlistment Career/Job: Master At Arms(Legal/Law Enforcement Careers), Rate Of Pay: E-1, Enlistment Date: Immediately, Length Of Enlistment: New Recruit/Enlistee Minimum Required Length Of Service, Enlistment/Recruitment Will Omit/Not Require All Entrance/Placement Examinations Excluding Physical, Enlistment/Recruitment Will Include All Free Benefits/Services Allowed A New Recruit/Enlistee, Enlistment/Recruitment Will Include All Mandatory Costs

And/Or All Enlistee/Recruit Prerogative Costs Regarding Remaining Benefits, Services, Etc., Enlistment/ Recruitment Will Provide Enlistee/Recruit Transportation: From Mobile, Alabama To Location Of Physical Examination And From Location Of Physical Examination, Return To Mobile, Alabama, Enlistment/Recruitment Will Provide Enlistee/Recruit Transportation: From Mobile, Alabama To Location Of Basic Training And From Location Of Basic Training, Return To Mobile, Alabama.

   EIGHT. MY, MS. JOYCE MARIE POWE, A. S., PLAINTIFF'S SIGNATURE AND DATE OF LAWSUIT.

I, Ms. Joyce Marie Powe, A. S., Plaintiff, Owner Of Criminal Justice Associate Degree(May, 2003), Driver's License(Alabama): (Number 6346126, Social Security Number 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, Date Of Birth: July 27, 1956), Filed This U. S. District Court, Middle District Of Alabama, Montgomery, Alabama Civil Lawsuit Number 03-F-796-N On This Day Of August 01, 2003. SIGNED: _Joyce Marie Powe_ A. S., Plaintiff. (251) 591-9495

PAGE THREE