**FILED**

**AUG 1 4 2001**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOYCE MARIE POWE,               )
                                )
        Plaintiff,              )
                                )
vs.                             )       CIVIL ACTION NO. 01-D-566-N
                                )
UNITED STATES DEPARTMENT        )
OF TRANSPORTATION,              )
                                )
        Defendant.             )

**O R D E R**

This cause is now presented to the court on the Recommendation of the Magistrate Judge, filed July 30, 2001, and plaintiff's objections, filed August 8, 2001.

It is CONSIDERED and ORDERED as follows:

1.  That plaintiff's objections be and the same are hereby OVERRULED;

2.  That the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3.  That the defendant's motion to dismiss be and the same is hereby GRANTED; and that plaintiff's motion to deny the motion to dismiss be and the same is hereby DENIED.

DONE this the 14th day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE

**EOD** ___8/14/01___



DEFENDANT'S
EXHIBIT

CASE
NO. 05-cv-1140-WKW

EXHIBIT
NO. 3