FILED
OCT 1 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE MARIE POWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-F-796-N |
| | ) |
| U. S. DEPARTMENT OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and this action is dismissed with prejudice.

DONE this 1st of October, 2003.

MARK E. FULLER
UNITED STATES DISTRICT JUDGE

EOD 10/1/03



DEFENDANT'S EXHIBIT
CASE NO. 05-cv-1140-WKW
EXHIBIT NO. 4