THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

MONTGOMERY, ALABAMA

RECEIVED
2006 FEB -9  A 10:53
A. P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

U. S. DISTRICT COURT CIVIL LAWSUIT NUMBER 2:05cv01140-WKW

COMPLAINT IN PARAGRAPH ONE

MS. JOYCE MARIE POWE, A.S., PLAINTIFF

VERSUS

UNITED STATES DEPARTMENT OF DEFENSE, DEFENDANT

TWELVE.  MOTION:  PLAINTIFF'S COURT ORDERED PLACEMENT IN DEPARTMENT OF JUSTICE'S POLICE CORPS

Because I, Ms. Joyce Marie Powe, A.S., Plaintiff, Filed this U. S. District Court, Middle District of Alabama, Northern Division, Montgomery, Alabama, Civil Lawsuit Number 2:05cv01140-WKW, Because the U. S. Coast Guard, Offices, Employees, etc., is not a Permanent U. S. Department of Defense Department, Because I, Ms. Joyce Marie Powe, A.S., Plaintiff, owned an Oral Argument Ruling in U. S. District Court, Middle District of Alabama, Montgomery, Alabama, Civil Lawsuit Number 01-D-566-N, within which Plaintiff repetitively stated "each citizen are due payments", I, Ms. Joyce Marie Powe, A.S., Plaintiff, Motion to Own a Court Ordered Placement/Membership in the United States of America, Department of Justice, Office of Justice Programs' Police Corps, Employment Location: Florida Police Corps, Attn.: Mr. Pete Mittleman, Director, 4715 Capper Road, Jacksonville, Florida 32218, Employment Position is Police Patrol Officer.

SIGNED: *Joyce Marie Powe*

Joyce Marie Powe, A.S., Plaintiff (U. S. District Court Civil Lawsuit Number 2:05cv01140-WKW)
Post Office Box 2443
Mobile, Alabama 36652-2443

PAGE ONE

Telephone: (251) 591-9086

PAGE TWO

THIRTEEN.  DEFENDANT'S ATTORNEY(S) NOTIFICATION.  I, Ms. Joyce Marie Powe, A.S., Plaintiff, via First Class U. S. Postal Service Mail, notified the following Attorney(s) on February 09, 2006:

The United States Of America
Department of Justice
Attn.:  Ms. Leura Garrett Canary, United States Attorney
          and Mr. R. Randolph Neeley, Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104.

SIGNED: *Joyce Marie Powe*

Joyce Marie Powe, A.S., Plaintiff (U. S. District Court Civil Lawsuit Number 2:05cv01140-WKW)
Post Office Box 2443
Mobile, Alabama 36652-2443
Telephone: (251) 591-9086

<u>PAGE THREE</u>