IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE MARIE POWE, A.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV1140-WKW |
| | ) | [WO] |
| UNITED STATES DEPARTMENT | ) | |
| OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's Motion to Own a Court Ordered Placement/

Membership in the United States of America Department of Justice, filed on 9 February 2006

(Doc. # 10), is DENIED.

DONE this 13th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE