THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

MONTGOMERY, ALABAMA

RECEIVED 2006 FEB 13 A 10: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

U. S. DISTRICT COURT CIVIL LAWSUIT NUMBER 2:05cv01140-WKW

COMPLAINT IN PARAGRAPH ONE

MS. JOYCE MARIE POWE, A.S., PLAINTIFF

VERSUS

UNITED STATES DEPARTMENT OF DEFENSE, DEFENDANT

FOURTEEN.  MOTION FOR JUDGMENT REGARDING UNITED STATES MAGISTRATE JUDGE VANZETTA PENN MCPHERSON'S NON-SIGNED, UNTRUTHFUL RECOMMENDATION OF THE MAGISTRATE JUDGE

On this day of February 13, 2006, I, Ms. Joyce Marie Powe, A.S., Plaintiff, U. S. District Court, Middle District of Alabama, Northern Division, Montgomery, Alabama, Civil Lawsuit Number 2:05cv01140-WKW, Motion For Judgment because:

- United States Magistrate Judge Vanzetta Penn McPherson's RECOMMENDATION OF THE MAGISTRATE JUDGE, dated: February 02, 2006:
  - IS NOT SIGNED,
  - illegally/untruthfully requests disallowance of Plaintiff's Rights to Fair Trials,
  - RECOMMENDATION IS UNTRUTHFUL: including/regarding "…III.  CONCLUSION" (Page 7): "…the court lacks jurisdiction and the complaint is frivolous", as stated in My Lawsuit (PARAGRAPH NINE): Plaintiff owned an Oral Argument Ruling in U. S. District Court, Middle District of Alabama, Northern Division, Montgomery, Alabama, Civil Lawsuit Number 01-D-566-N, within which Plaintiff repetitively stated "each citizen are due payments".

SIGNED: *Joyce Marie Powe*     PAGE ONE

Joyce Marie Powe, A.S., Plaintiff (U. S. District Court Civil Lawsuit Number 2:05cv01140-WKW)
Post Office Box 2443
Mobile, Alabama 36652-2443
Telephone: (251) 591-9086

PAGE TWO

<u>FIFTEEN.  DEFENDANT'S ATTORNEY(S) NOTIFICATION.</u>  I, Ms. Joyce Marie Powe, A.S., Plaintiff, via First Class U. S. Postal Service Mail, notified the following Attorney(s) on February 13, 2006:

The United States of America
Department of Justice
Attn.:  Ms. Leura Garrett Canary, United States Attorney
        and Mr. R. Randolph Neeley, Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104.

SIGNED: *[signature: Joyce Marie Powe]*

Joyce Marie Powe, A.S., Plaintiff (U. S. District Court Civil Lawsuit Number 2:05cv01140-WKW)
Post Office Box 2443
Mobile, Alabama 36652-2443
Telephone: (251) 591-9086

<u>PAGE THREE</u>