IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE MARIE POWE, A.S., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV1140-WKW |
| | ) [WO] |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion for Judgment Regarding United States Attorneys Unsigned, Untruthful Motion to Dismiss, filed on 14 February 2006 (Doc. # 13), is DENIED.

DONE this 15th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case 2:05-cv-01140-WKW-VPM   Document 14   Filed 02/15/2006   Page 2 of 2