IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE MARIE POWE, A.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV1140-WKW |
| ) | [WO] |
| UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

# CORRECTED
## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's Motion for Judgment Regarding United States Magistrate Judge Vanzetta Penn McPherson's Non-Signed, Untruthful Recommendation of the Magistrate Judge, filed on 14 February 2006 (Doc. # 13), is DENIED.

DONE this 17th day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case 2:05-cv-01140-WKW-VPM   Document 16   Filed 02/17/2006   Page 2 of 2