THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

MONTGOMERY, ALABAMA

U. S. DISTRICT COURT CIVIL LAWSUIT NUMBER 2:05-cv-1140-WKW

COMPLAINT IN PARAGRAPH ONE

MS. JOYCE MARIE POWE, A.S., PLAINTIFF

v.                                                        NOTICE OF APPEAL

UNITED STATES DEPARTMENT OF DEFENSE, DEFENDANT.

Notice is hereby given that Joyce Marie Powe, A.S., Plaintiff in the above named case hereby appeal to the United States District Court of Appeals for the Eleventh Circuit from FINAL JUDGEMENT (the illegal non-signed Court Order by the Honorable U. S. District Judge W. Keith Watkins, dated: February 23, 2006). This NOTICE OF APPEAL date is April 20, 2006.

_Joyce Marie Powe_ A.S.
(Signature of Appellant)
Post Office Box 2443, Mobile, Alabama 36652-2443
(Address of Appellant)

**PAGE ONE**