IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE MARIE POWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1140-WKW |
| | )     (WO) |
| UNITED STATES DEPARTMENT | ) |
| OF DEFENSE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is now before the court on the plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. # 20), filed on April 21, 2006. After submitting this motion, the plaintiff paid the required $455 filing fee for her appeal. Therefore, it is hereby ORDERED that the plaintiff's motion is DENIED as MOOT.

DONE this 24th day of May, 2006.

                                         /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE