IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-12471-BB



JOYCE MARIE POWE,

Plaintiff-Appellant,

versus

UNITED STATES DEPARTMENT OF DEFENSE,

Defendant-Appellee.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE: BARKETT, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

On its own motion, the Court DISMISSES this appeal AS FRIVOLOUS.

See Eleventh Circuit Rule 42-4.

All remaining pending motions are DENIED AS MOOT.

A True Copy · Attested
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Jan Jewell
Deputy Clerk
Atlanta, Georgia